**Jose A. DOYHARZABAL,**
**Plaintiff–Appellant,**

v.

**FEDERAL BUREAU OF PRISONS,**
**Defendant–Appellee.**

No. 01–7900.

United States Court of Appeals,
Fourth Circuit.

Submitted March 14, 2002.

Decided March 22, 2002.

Jose A. Doyharzabal, Appellant Pro Se. Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jose A. Doyharzabal appeals the district court's order granting summary judgment to the Bureau of Prisons on his claims filed under the Privacy Act, 5 U.S.C.A. § 552a (West 1996 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Doyharzabal v. Federal Bureau of Prisons*, No. CA-00-2995-7-24BG (D.S.C. Sept. 13, 2001). We grant Doyharzabal's motion for leave to amend his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*